**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 67 EAL 2023

Respondent                :

                        :    Petition for Allowance of Appeal

                        :    from the Order of the Superior Court

v.                       :

                        :

MARVEN BELOTTE,            :

                        :

Petitioner                :

## ORDER

**PER CURIAM**

      **AND NOW**, this 22nd day of August, 2023, the Petition for Allowance of Appeal is **DENIED**.